IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. EP:21-M-01434(1)-ATB |
| v. | ) (Northern District of Texas, |
| | ) San Angelo Division |
| RUBEN OCHOA JR. | ) Case No. 6:21-CR-03-H-BU) |

**FILED JUN 3 0 2021 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK**

## REMOVAL ORDER

On June 25, 2021, the above named Defendant appeared for an Initial Appearance before the undersigned having been arrested on a warrant for arrest issued out of the United States District Court for the Northern District of Texas, San Angelo Division. Assistant Federal Public Defender, Sergio Garcia was appointed to represent the Defendant. The Government filed a Motion to Detain the Defendant without Bond, and Identity and Detention hearings were set for June 30, 2021.

On this date, came to be heard the Identity and Detention hearings. The Defendant executed a Waiver of Rule 5 Proceedings wherein he waived the Identity hearing and Detention hearing to which he may be entitled in this district, but requested a Detention hearing in the prosecuting district. The Court, therefore, finds that the above Defendant is the Defendant named in the Warrant for Arrest and has entered an Order detaining the Defendant without bond.

The Defendant having had an opportunity to confer with counsel, it is hereby ORDERED that the Marshal Service transport and deliver the Defendant to the Northern District of Texas, Rolling Plains Detention Center in Haskell, Texas.

**SIGNED** and **ENTERED** on June 30, 2021.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE